IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLENNIE DEE DAVIS, #120206, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:19-CV-674-ALB |
| ) | |
| OFFICER MURRAY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 17, 2019, the Magistrate Judge entered a Recommendation (Doc. 6) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The motion for leave to proceed *in forma pauperis* filed by Glennie Dee Davis (Doc. 2) is DENIED.

3. This case is DISMISSED without prejudice for Davis' failure to pay the full filing fee upon the initiation of this case as required by 28 U.S.C. § 1915(g).

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this 21st day of October 2019.

                                             /s/ Andrew L. Brasher
                                       ANDREW L. BRASHER
                                       UNITED STATES DISTRICT JUDGE